1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS JOSEPH MELGER,                    Case No.  2:23-cv-01069-JDP (PC)

12                  Plaintiff,

13           v.                               ORDER AND FINDINGS AND
                                              RECOMMENDATIONS
14   PLACER COUNTY DEPARTMENT OF
     CHILD SUPPORT SERVICES, *et al.*,
15
                     Defendants.
16

17

18         Plaintiff has filed a complaint, ECF No. 1, and a request to proceed *in forma pauperis*,

19   ECF No. 2.  However, plaintiff is a "Three-Striker" within the meaning of Title 28 U.S.C.

20   § 1915(g).

21         The court takes judicial notice of the following cases constituting strikes: *Melger v.*

22   *Becerra*, Case No. 2:18-cv-03264-WBS-CKD (E.D. Cal.) (dismissing without leave to amend for

23   failure to state a claim); *Melger v. U.S. Dep't of the Treasury*, 1:21-cv-01183-JLT-SAB (E.D.

24   Cal.) (dismissing for failure to state a claim, failure to comply with court orders, and failure to

25   prosecute); and *Melger v. Hopper*, 2:17-cv-00224-JAM-DMC (E.D. Cal.) (dismissing for failure

26   to state a claim).[1]

27
         _____
28         [1] In *Melger v. Sacramento Sheriff Dep't*, No. 2:21-cv-01611-WBS-AC, Judge Claire
     issued findings and recommendations denying plaintiff's *in forma pauperis* application because

                                                  1

1    Despite being a "three-striker," a plaintiff may be afforded an opportunity to proceed *in*

2    *forma pauperis* under section 1915(g) if he alleges that he was in imminent danger at the time he

3    filed the complaint.  *See* 28 U.S.C. § 1915(g); *Andrews v. Cervantes*, 493 F.3d 1047, 1052-53

4    (9th Cir. 2007).

5    Here, the complaint does not allege that plaintiff faced an imminent danger of serious

6    physical injury at the time he filed the complaint.  ECF No. 1 at 3-4 (alleging that Placer and

7    Sacramento Counties are requiring him to pay his child support payments).  Plaintiff's application

8    for leave to proceed *in forma pauperis* must therefore be denied pursuant to § 1915(g).  Plaintiff

9    must submit the appropriate filing fee in order to proceed with this action.

10    Accordingly, it is ORDERED that the Clerk of Court is directed to assign a district judge

11    to this action.

12    Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*,

13    ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within thirty days of any

14    order adopting these recommendations.

15    These findings and recommendations are submitted to the United States District Judge

16    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

17    after being served with these findings and recommendations, any party may file written

18    objections with the court and serve a copy on all parties.  Such a document should be captioned

19    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

20    objections shall be served and filed within fourteen days after service of the objections.  The

21    parties are advised that failure to file objections within the specified time may waive the right to

22    appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

23    *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

24

25

26    _____

27    he is a Three Striker.  The cases Judge Claire relied upon were: *Melger v. Wesp*, Case No. 2:16-cv-01103-KJN (E.D. Cal.); *Melger v. Obama*, Case No. 2:16-cv-01527-AC (E.D. Cal.); and

28    *Melger v. Becerra*, Case No. 2:18-cv-03264-WBS-CKD (E.D. Cal.).  Judge Shubb adopted those recommendations in full and denied plaintiff's application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:    June 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE