UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER, | No. 2:23-cv-01069-KJM-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 11, 2023, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 7. Plaintiff was granted thirty days in which to pay the $402 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id.* Plaintiff has not paid the filing fee, and the allotted time has passed.

/////

/////

/////

1

1 | Accordingly, it is hereby ORDERED that:

2 | 1. This action is dismissed without prejudice for failure to pay the filing fee; and

3 | 2. The Clerk of Court is directed to close the case.

4 | DATED: November 14, 2023.

```
                                        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE
```